**Order entered December 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00995-CR

**CHARLES KILLINGSWORTH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 29663**

## ORDER

The Court has before it appellant's November 25, 2014 motion to dismiss the appeal. The motion is signed by counsel, but is not signed by appellant, as required by Texas Rule of Appellate Procedure 42.2(a).  Accordingly, we **DENY** the motion to dismiss without prejudice to appellant filing a subsequent motion that complies with Texas Rule of Procedure 42.2(a).


/s/     LANA MYERS
          JUSTICE